# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MIKE RANDOLPH,

    Plaintiff,

vs.

QUIKTRIP CORPORATION,

    Defendant.

Case No. 6:16-cv-01063

## ORDER APPROVING JOINT STIPULATION OF INADMISSIBLE EVIDENCE

The parties, through their respective counsel, stipulate that the following evidence shall be inadmissible at trial:

1. Improper statements during *voir dire*, opening, and closing:

    a. Requesting jury to send a message with its verdict.

    b. Invoking the interest of the community.

    c. "Golden Rule" arguments.

2. Any mentioning or alluding to any applicable damages caps.

3. Any reference that awarding medical expenses would bring plaintiff "back up to even" or "keep him from being saddled with medical bills."

4. Questioning and testimony regarding any injuries other than those for which plaintiff seeks damages (i.e., anything other than plaintiff's right knee).

5. References to any collateral source payments for plaintiff's medical expenses or lost wages such as earned time off.

6. References to defendant's net worth and financial information.

IT IS SO ORDERED.

Dated April 24, 2017, at Kansas City, Kansas.

                                          s/ James P. O'Hara
                                                 James P. O'Hara
                                              U. S. Magistrate Judge

Approved:

By: /s/Richard L. Honeyman
    Richard L. Honeyman, #06116
    Hite, Fanning & Honeyman, L.L.P.
    100 N. Broadway, Suite 950
    Wichita, KS  67202-2209
    Telephone:  (316) 265-7741
    Fax:  (316) 267-7803
    E-mail:  honeyman@hitefanning.com
    *Attorneys for Defendant*

By: /s/Theodore C. Davis
    Theodore C. Davis, #25951
    Richard W. James, #19822
    DeVaughn James Injury Lawyers
    3241 N. Toben
    Wichita, KS  67226
    Telephone:  (316) 977-9999
    Fax:  (316) 425-0414
    E-mail:  tdavis@devaughnjames.com
                  rjames@devaughnjames.com
    *Attorneys for Plaintiff*